IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:21CV172-KDB-SCR

| | |
|---|---|
| **AURELIA SHERRILL, et. al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **AZIYO BIOLOGICS, INC., et, al.,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Abigail M. Butler and Erica K. Drew]" (Doc. Nos. 59 & 60) filed April 29, 2024. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: April 29, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge