IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:21-CV-00172-KDB-SCR

| | |
|---|---|
| BELVIN SHERRILL<br>AURELIA SHERRILL,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPINALGRAFT<br>TECHNOLOGIES, LLC,<br>MEDTRONIC SOFAMORE<br>DANEK USA, INC., ET AL.<br><br>    Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the joint motion of Plaintiffs Aurelia and Belvin Sherrill, and Defendants Medtronic Sofamor Danek USA, Inc., and SpinalGraft Technologies, LLC ("Medtronic Defendants"), requesting dismissal of the Medtronic Defendants with prejudice. (Doc. No. 201). The Motion is **GRANTED** and the Medtronic Defendants are dismissed with prejudice.

**NOW IT IS HEREFORE ORDERED THAT t**he Medtronic Defendants are dismissed with prejudice.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: October 25, 2024

*[Signature]*

Kenneth D. Bell
United States District Judge